COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Browserweb Media Agency, Mark Burke v. Maxus Energy
                          Corporation

Appellate case number:    01-14-01028-CV

Trial court case number:  2014-63727

Trial court:              11th District Court of Harris County

Appellant's Informal Brief & Motion to Strike Court Reporter's Record & Fees, filed on March 9, 2015, is **DENIED**.

The documentation attached to the motion indicates appellant was billed for the district clerk's record, which is separate and apart from the court reporter's record. *See* TEX. R. APP. P. 34.5; 34.6. Appellant has not requested, nor been charged, for a court reporter's record. Because appellant has informed us he will not be requesting a reporter's record, we consider the record to be complete, and appellant's brief is due within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due within 30 days of the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ <u>Harvey Brown</u>
                        X  Acting individually

Date:  March 10, 2015